IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| SANTIAGO ALEJANDRO DIAZ-ESPARZA | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NUMBER |
| | ) | |
| KIRSTJEN NIELSEN, Secretary of | ) | M-18-368 |
| the Department of Homeland | ) | |
| Security, et al. | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Petitioner's 28 U.S.C. § 2241 Amended Petition for Writ of Habeas Corpus. After having reviewed the said Report and Recommendation, and after appropriate review of Petitioner's objections thereto, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED and DECREED that the conclusions in United States Magistrate Judge J. Scott Hacker's Report and Recommendation entered as Docket Entry Number 18 are hereby adopted by this Court.

The Clerk shall send a copy of this Order to the parties.

DONE on this 27th day of September, 2019, at McAllen, Texas.

_____
Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE